IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ATTUNE FOODS, INC.,<br><br>                Defendant. | Case No.  CV 13-04541 SBA<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

    Colin H. Dunn, whose business address and telephone number is

Clifford Law Offices, P.C.
120 North LaSalle, Suite 3100
Chicago, IL 60602
312-899-9090

and who is an active member in good standing of the bar of Illinois having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs, MARY SWEARINGEN, et al.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 10/8/2013    _____
                          HONORABLE SAUNDRA BROWN ARMSTRONG
                          UNITED STATES JUDGE