| | |
|---|---|
| 1 | PRATT & ASSOCIATES<br>Ben F. Pierce Gore (SBN 128515) |
| 2 | Email: pgore@prattattorneys.com<br>1871 The Alameda , Suite 425 |
| 3 | San Jose, CA 95126<br>Telephone:  408.369.0800 |
| 4 | Facsimile: 408.369.0752 |
| 5 | Attorneys for Plaintiff<br>Mary Swearingen |
| 6 | |
| 7 | CLIFFORD LAW OFFICES, P.C.<br>Colin Harvey Dunn |
| 8 | Email: chd@cliffordlaw.com<br>120 N. LaSalle Street, Suite 3100 |
| 9 | Chicago, IL 60602<br>Telephone:  312.899.9090 |
| 10 | Facsimile: 312.251.1160 |
| 11 | Attorneys for Plaintiff<br>Robert Figy |
| 12 | ARNOLD & PORTER LLP |
| 13 | Trenton H. Norris (SBN 164781)<br>Email:  Trent.Norris@aporter.com |
| 14 | Angel A. Garganta (SBN 163957)<br>E-Mail:  Angel.Garganta@aporter.com |
| 15 | Carolyn A. Pearce (SBN 289681)<br>E-Mail:  Carolyn.Pearce@aporter.com |
| 16 | Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024 |
| 17 | Telephone:     415-471-3100<br>Facsimile:      415-471-3400 |
| 18 | Attorneys for Defendant<br>ATN HOLDINGS, INC., f/k/a Attune Foods, Inc. |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br>        v.<br>ATTUNE FOODS, INC.,<br>                              Defendant. | Case No.: 4:13-cv-04541 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

---
STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND RELATED DATES         Case No.: 4:13-cv-04541 SBA

1. Plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs") and Defendant ATN Holdings,
2. Inc. (formerly known as Attune Foods, Inc.) ("Defendant"), through their respective attorneys of
3. record herein (collectively, "Parties"), without waiving any rights, claims, or defenses they may
4. have in this action, hereby stipulate and agree as follows:
5. WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines
6. (Doc. # 4) orders that the Parties meet and confer re: initial disclosures, early settlement, ADR
7. process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and
8. file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference by December
9. 17, 2013;
10. WHEREAS, the Order Setting Initial Case Management Conference and ADR Deadlines
11. (Doc. # 4) orders that the Parties file a Rule 26(f) Report, complete initial disclosures or state
12. objection in Rule 26(f) Report by December 31, 2013;
13. WHEREAS, the Initial Case Management Conference is currently scheduled for Thursday,
14. January 9, 2014 at 2:30 p.m. via telephone (Doc. #10);
15. WHEREAS, counsel for Defendant intends to file a potentially dispositive motion to
16. dismiss, currently due on January 15, 2014 (Doc. #12);
17. WHEREAS, counsel for the Parties agree that the resources of the Court and the Parties
18. would be conserved if the date for the Initial Case Management Conference were vacated pending
19. briefing and the Court's ruling on Defendant's motion to dismiss, and if the Initial Case
20. Management Conference and all dates in the Order Setting Initial Case Management Conference
21. and ADR Deadlines were vacated, all to be rescheduled pursuant to a new scheduling order to be
22. issued after the Court's ruling on Defendant's motion to dismiss, if necessary;
23. NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties,
24. and subject to the Court's approval, that the Parties respectfully request that the date for the Initial
25. Case Management Conference be vacated and that the Initial Case Management Conference and all
26. other dates in the Order Setting Initial Case Management Conference and ADR Deadlines be
27. vacated, all to be rescheduled pursuant to a new scheduling order to be issued after the Court's
28. ruling on Defendant's motion to dismiss, if necessary.

1  **IT IS SO STIPULATED.**

2  Dated:  December 17, 2013.                    ARNOLD & PORTER LLP

3                                                                By:  */s/ Angel A. Garganta*
4                                                                       Angel A. Garganta
                                                                        Attorneys for Defendant ATN Holdings,
                                                                        Inc., f/k/a Attune Foods, Inc.
5

6  Dated: December 17, 2013.                     PRATT & ASSOCIATES

7                                                                By:  */s/ Ben F. Pierce Gore*
                                                                        Ben F. Pierce Gore
8
                                                                        Colin H. Dunn
9                                                                       CLIFFORD LAW OFFICES
                                                                        Attorneys for Plaintiffs
10                                                                      Mary Swearingen and Robert Figy

11

PURSUANT TO THE STIPULATION, IT IS SO ORDERED **except that a telephonic case management conference will be held on April 9, 2014, at 2:30 p.m., in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The parties shall <u>meet and confer</u> prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.**

12

13  Dated:   12/18/2013
14                                                                Honorable Saundra Brown Armstrong
                                                                  United States District Court Judge

- 2 -
STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE AND RELATED DATES                    Case No.: 4:13-cv-04541 SBA

| | |
|---|---|
| 1 | **ATTESTATION UNDER LOCAL RULE 5-1(i)(3)** |
| 2 | I, Angel Garganta, am the ECF User whose ID and password are being used to file this |
| 3 | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT** |
| 4 | **CONFERENCE AND RELATED DATES.** In compliance with Local Rule 5-1(i)(3), I hereby |
| 5 | attest that Plaintiffs' counsel has concurred in this filing. |
| 6 | |
| 7 | _/s/ Angel A. Garganta_<br>ANGEL A. GARGANTA |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |