UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATTUNE FOODS, INC.,<br><br>Defendant. | Case No: C 13-4541 SBA<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>Docket 15 |

On January 15, 2014, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 15. On January 29, 2014, Plaintiffs filed a first amended complaint. Dkt. 18. Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed.R.Civ.P. 15(a)(1)(B).

Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to dismiss the complaint is DENIED as MOOT.

2. This Order terminates Docket 15.

IT IS SO ORDERED.

Dated: 2/4/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge