PRATT & ASSOCIATES
Ben F. Pierce Gore (SBN 128515)
Email: pgore@prattattorneys.com
1871 The Alameda , Suite 425
San Jose, CA 95126
Telephone: 408.369.0800
Facsimile: 408.369.0752
CLIFFORD LAW OFFICES, P.C.
Colin Harvey Dunn
Email: chd@cliffordlaw.com
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
Telephone: 312.899.9090
Facsimile: 312.251.1160

Attorneys for Plaintiffs
Robert Figy and Mary Swearingen

ARNOLD & PORTER LLP
Trenton H. Norris (SBN 164781)
Email: Trent.Norris@aporter.com
Angel A. Garganta (SBN 163957)
Email: Angel.Garganta@aporter.com
Carolyn A. Pearce (SBN 289681)
Email: Carolyn.Pearce@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:    415-471-3100
Facsimile:    415-471-3400
WILSON ELSER LLP
Ralph W. Robinson
Email: Ralph.Robinson@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone: 415-625-9400
Facsimile: 415-434-1370

Attorneys for Defendant
ATN HOLDINGS, INC., f/k/a Attune Foods, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　v.<br>ATTUNE FOODS, INC.,<br>　　　　　　Defendant. | Case No.: 4:13–cv–04541 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF ARNOLD & PORTER LLP AS COUNSEL AND SUBSTITUTION OF WILSON ELSER LLP AS COUNSEL PURSUANT TO LOCAL RULES 7-12 AND 11-5**<br><br>**Judge:  Hon. Saundra Brown Armstrong** |

**STIPULATION**

Plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs") and Defendant ATN Holdings, Inc. (formerly known as Attune Foods, Inc.) ("Defendant"), through their respective attorneys of record herein (collectively, "Parties"), without waiving any rights, claims, or defenses they may have in this action, hereby stipulate and agree as follows:

WHEREAS, attorneys Trenton H. Norris, Angel A. Garganta, and Carolyn A. Pearce of the law firm Arnold & Porter LLP are representing Defendant in the above-captioned action as co-counsel, and the law firm Arnold & Porter LLP is now withdrawing as counsel of record for Defendant; and

WHEREAS, Ralph W. Robinson of the law firm Wilson Elser LLP has simultaneously filed a Notice of Appearance as counsel for Defendant in the above-captioned action (Doc. 20) and will now serve as counsel of record for Defendant; and

WHEREAS, the Court and all parties to this action are notified of this withdrawal and substitution of counsel though the electronic filing of this stipulation and proposed order; and

WHEREAS, the Court and counsel for the Parties are respectfully requested to remove the attorneys from the law firm Arnold & Porter LLP as attorneys of record from the service list, case docket and the Notice of Electronic Filing System;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, pursuant to Local Rules 7-12 and 11-5(a), and subject to the Court's approval, that Arnold & Porter LLP and its attorneys Trenton H. Norris, Angel A. Garganta, and Carolyn A. Pearce may and hereby do withdraw as counsel for Defendant in this action, and Ralph W. Robinson of Wilson Elser LLP is substituted as counsel of record for Defendant in this action.

**IT IS SO STIPULATED.**

Dated: February 6, 2014.                           ARNOLD & PORTER LLP

                                                   By: */s/ Angel A. Garganta*
                                                       Angel A. Garganta

| | | |
|---|---|---|
|1| Dated: February 6, 2014. | WILSON ELSER LLP |
|2| | By: */s/ Ralph W. Robinson* |
|3| | Ralph W. Robinson |
|4| | Attorneys for Defendant ATN Holdings, Inc., f/k/a Attune Foods, Inc. |
|5| | |
|6| | PRATT & ASSOCIATES |
|7| | By: */s/ Ben F. Pierce Gore* |
| | | Ben F. Pierce Gore |
|8| | |
|9| | Colin H. Dunn |
| | | CLIFFORD LAW OFFICES |
| | | Attorneys for Plaintiffs |
|10| | Mary Swearingen and Robert Figy |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _____2/7/2014_____   _____
Honorable Saundra Brown Armstrong
United States District Court Judge

### ATTESTATION UNDER LOCAL RULE 5-1(i)(3)

I, Angel Garganta, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER FOR WITHDRAWAL OF ARNOLD & PORTER LLP AS COUNSEL AND SUBSTITUTION OF WILSON ELSER LLP AS COUNSEL.** In compliance with Local Rule 5-1(i)(3), I hereby attest that all counsel have concurred in this filing.

/s/ *Angel A. Garganta*
ANGEL A. GARGANTA