Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

*[Additional counsel on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY SWEARINGEN and ROBERT FIGY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ATTUNE FOODS, INC.<br><br>Defendant. | Case No. 4:13-CV-04541 SBA<br><br>**STIPULATION AND ORDER RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Action Filed: September 30, 2013<br><br>Current hearing date: April 8, 2014<br><br>Requested hearing date: May 13, 2014 |

Plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs"), and Defendant Attune Foods, Inc. ("Defendant"), hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Amended Complaint ("Complaint") on January 29, 2014 (Dkt. 18);

WHEREAS, pursuant to the parties' Stipulation (Dkt. 24), Defendant filed its Motion to Dismiss the Complaint ("Motion") on March 4, 2014 (Dkt. 25);

WHEREAS, the Motion is scheduled for hearing on April 8, 2014;

WHEREAS pursuant to Northern District Local Rule 7-3, Plaintiffs' response to the Motion is due on March 18, 2014, and Defendant's reply is due on March 25, 2014;

WHEREAS, due to commitments in other cases, Plaintiffs' counsel requires additional time to respond to the Motion;

WHEREAS, there has been only one extension of time previously granted in connection with the Motion (Dkt. 24);

Subject to approval by the Court, the parties hereby stipulate as follows:

Plaintiffs' response to the Motion shall be due on April 11, 2014, and Defendant's reply shall be due on April 25, 2014;

The hearing on the Motion shall be rescheduled to May 13, 2014.

Dated:  March 17, 2014         /s/ Pierce Gore
                               Ben F. Pierce Gore (SBN 128515)
                               PRATT & ASSOCIATES
                               1871 The Alameda, Suite 425
                               San Jose, CA 95126
                               Telephone: (408) 429-6506
                               Fax: (408) 369-0752
                               pgore@prattattorneys.com

                               CLIFFORD LAW OFFICES, P.C.
                               Colin Harvey Dunn
                               chd@cliffordlaw.com
                               120 N. LaSalle Street, Suite 3100
                               Chicago, IL 60602
                               Telephone: 312.399.9090
                               Facsimile: 312.251.1160

                               *Attorneys for Plaintiffs*

Dated: March 17, 2014          /s/ John T. Burnite
                               John T. Burnite
                               WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP
                               Ralph W. Robinson (SBN 51436)
                               ralph.robinson@wilsonelser.com
                               John T. Burnite (SBN 162223)
                               john.burnite@wilsonelser.com
                               525 Market Street, 17th Floor
                               San Francisco, California 94105-2725
                               Telephone: 415.433.0990
                               Facsimile: 415.434.1370
                               Attorneys for Defendant
                               ATN HOLDINGS, INC.
                               f/k/a Attune Foods, Inc.

                               *Attorneys for Defendant*

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR DEFENDANT'S MTD     2

## ATTESTATION

I, Pierce Gore, am the attorney whose ECF number is being used to file the STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT, and I have obtained the consent of all of the signatories thereto.

Dated: March 17, 2014                                    /s/ Pierce Gore
                                                         Pierce Gore

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: March 18, 2014

                                                         Hon. Saundra Brown Armstrong
                                                         United States District Judge