1  PRATT & ASSOCIATES
   Ben F. Pierce Gore (SBN 128515)
2  pgore@prattattorneys.com
   1871 The Alameda, Suite 425
3  San Jose, CA  95126
   Telephone:    408.369.0800
4  Facsimile:    408.369.0752

5  CLIFFORD LAW OFFICES, P.C.
   Colin Harvey Dunn
6  chd@cliffordlaw.com
   120 N. LaSalle Street, Suite 3100
7  Chicago, IL  60602
   Telephone:    312.399.9090
8  Facsimile:    312.251.1160

9  Attorneys for Plaintiffs
   Mary Swearingen and Robert Figy
10
   WILSON, ELSER, MOSKOWITZ,
11    EDELMAN & DICKER LLP
   Ralph W. Robinson (SBN 51436)
12 ralph.robinson@wilsonelser.com
   John T. Burnite  (SBN 162223)
13 john.burnite@wilsonelser.com
   525 Market Street, 17th Floor
14 San Francisco, California  94105-2725
   Telephone:    415.433.0990
15 Facsimile:    415.434.1370

16 Attorneys for Defendant
   ATN HOLDINGS, INC.
17 f/k/a Attune Foods, Inc.

18

19                      **UNITED STATES DISTRICT COURT**

20              **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

21  MARY SWEARINGEN and ROBERT FIGY,   |   Case No.:  4:13-cv-04541 SBA
    individually and on behalf of all others
22  similarly situated,                |   **STIPULATION AND [PROPOSED]
                                           ORDER TO CONTINUE CASE
23                    Plaintiffs,          MANAGEMENT CONFERENCE**

24       v.                                Current date: April 9, 2014

25  ATTUNE FOODS, INC.,                    Requested date: May 28, 2014

26                    Defendant.

27

28
                                           1

1    Plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs"), and Defendant ATN Holdings,
2  Inc. (f/k/a/ Attune Foods, Inc.)  ("Defendant"), hereby stipulate as follows:
3    1.    Plaintiffs Mary Swearingen and Robert Figy ("Plaintiffs") filed their Complaint on
4  October 1, 2013.  ATN Holdings, Inc. (formerly known as Attune Foods, Inc.) ("Defendant") was
5  served on October 11, 2013.  The parties previously stipulated pursuant to Local Rule 6-1(a) that
6  Defendant would have until December 6, 2013 to answer or otherwise respond to the Complaint
7  (Docket 11).
8    2.    Given scheduling difficulties surrounding the holidays in November and December,
9  the parties stipulated to extend Defendant's time to answer or otherwise respond to Plaintiffs'
10 Complaint until January 15, 2014 (Dkt. 12).
11   3.    Subsequently, Counsel for Attune Foods, Inc., filed its Motion to Dismiss Plaintiffs'
12 Complaint on January 15, 2014 (Dkt. 15).
13   4.    Plaintiffs filed their Amended Complaint against Attune Foods, Inc., January 29,
14 2014 (Dkt. 18).
15   5.    Defendant's Motion to Dismiss was Denied as Moot February 5, 2014 (Dkt. 19).
16   6.    Subsequently, Counsel for Defendant's Withdrawal and Substitution of Counsel was
17 filed February 6, 2014 and Granted by the Court February 7, 2014 (Dkts. 22 and 23).
18   7.    Pursuant to the parties' Stipulation (Dkt. 24), Defendant filed its Motion to Dismiss the
19 Complaint ("Motion") on March 4, 2014 (Dkt. 25), and the Motion was scheduled for hearing on April
20 8, 2014;
21   8.    For good cause shown, including commitments in other cases, Plaintiffs' counsel
22 required additional time to respond to the Motion (Dkt. 26);
23   9.    The Court extended the briefing schedule of the Motion, and continued the hearing date
24 of the Motion to May 13, 2014 (Dkt. 27);  and
25   10.   The Case Management Conference presently is set for April 9, 2014.  Based on the
26 foergoing, the parties stipulate and respectfully request that the Case Management Conference be
27 continued to a date after the hearing of the Motion to Dismiss.
28 //

Subject to approval by the Court, the parties hereby stipulate as follows:

The Case Management Conference is rescheduled to May 28, 2014.

**IT IS SO STIPULATED.**

Dated: March 25, 2014                                  PRATT & ASSOCIATES

                                                       By: */s/ Ben F. Pierce Gore*
                                                           Ben F. Pierce Gore

                                                       CLIFFORD LAW OFFICES, P.C.
                                                           Colin Harvey Dunn
                                                           Attorneys for Plaintiffs
                                                           Mary Swearingen and Robert Figy


Date: March 25, 2014                                   WILSON, ELSER, MOSKOWITZ,
                                                       EDELMAN & DICKER LLP


                                                       By: */s/ John T. Burnite*
                                                           Ralph W. Robinson
                                                           John T. Burnite
                                                           Attorneys for Defendant
                                                           ATN Holdings, Inc.
                                                           f/k/a Attune Foods, Inc.

**ATTESTATION**

I, John T. Burnite, am the attorney whose ECF number is being used to file the STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, and I have obtained the consent of all of the signatories thereto.

Dated: March 25, 2014          /s/ *John T. Burnite*
                                                   John T. Burnite

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, and good cause appearing therefor,

**IT IS SO ORDERED**, except that the telephonic case management conference will be held on June 25, 2014, at 3:00 p.m. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 3/26/2014

Saundra Brown Armstrong
U.S. District Court